**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2021
```

February 9, 2021

**VIA ECF**

The Honorable Analisa Torres
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Romero v. Phoenix Leather Goods LLC*, Index No. 1:20-cv-9086-AT

Dear Judge Torres:

We represent defendant Phoenix Leather Goods LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from February 8, 2021 to March 25, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc: All counsel of record (by ECF)

DENIED.

SO ORDERED.

Dated: February 10, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge